ACCEPTED
01-15-00326-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 3:28:57 PM
CHRISTOPHER PRINE
CLERK



September 8, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 3:28:57 PM
CHRISTOPHER A. PRINE
Clerk

Hon. Christopher A. Prine, Clerk of Court
FIRST COURT OF APPEALS
301 Fannin
Houston, Texas 77002

*Via E-Filing*

RE:  No. 01-15-00326-CV; Don Abbott Holmes, et al. vs. Jetall Companies, Inc.

Dear Mr. Prine:

I am hereby appearing as appellate counsel in the above-referenced appeal. Please designate me as counsel for Appellee, Jetall Companies, Inc., copy me on all filings and notices from the Court, and add the following information to your records:

> Lee Keller King
> Texas Bar No. 00702016
> 2500 West Loop South, Suite 255
> Houston, Texas 77027
> Tel. (713) 789-7654
> Fax (713) 789- 3331
> lee.k@jetallcompanies.com

By emailed copy of this letter and by electronic service, I am notifying counsel of record for Appellants, Don Abbott Holmes, Gayle Eiser Holmes, and the Community Property Estate of Don Abbott, Holmes & Gayle Eiser Holmes, of this designation.

Thank you for your assistance.  Please feel free to call the undersigned if you have any questions.

---

2500 West Loop South, Suite 255                                          713.789.7654
Houston, TX 77027                                                    Fax: 713.789.3331

Disclaimer: In the event of a monetary dispute where Tenant owes an amount to Landlord, there is no accord nor satisfaction until Landlord is paid in full. Until Landlord is paid in full, Landlord may bring suit to secure the remaining funds owed by Tenant. From time to time, Landlord may grant a one-time accommodation. This accommodation does not waive or cure any past, current, or future Tenant liabilities, obligations, or matters of default, outside the accommodation addressed and authorized by Landlord, at Landlord's sole and absolute discretion.

Very truly yours,

Lee Keller King

cc: Martin J. Siegel
Texas State Bar No. 18342125
LAW OFFICES OF MARTIN J. SIEGEL, P.C.
Bank of America Center
700 Louisiana Street, Suite 2300
Houston, TX 77002
Tel.: (713) 226-8566
Martin@siegelfirm.com

Geoffrey Berg
Texas Bar No. 00793330
BERG FELDMAN JOHNSON
BELL, LLP
4203 Montrose Blvd., Suite 150
Houston, Texas 77006
Telephone: (713) 526-0200
Gberg@bfjblaw.com